1  WILLIAM E. CROCKETT (SBN 129383)
   STEVEN R. SKIRVIN (SBN 179946)
2  **DION-KINDEM & CROCKETT**
   **21271 Burbank Blvd., Suite 100**
3  **Woodland Hills, CA 91367**
   Telephone: (818) 883-4400; Facsimile: (818) 676-0246
4

5  **Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ACES TRANSPORT, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RTS FINANCIAL SERVICES, a Kansas business entity; RYAN TRANSPORTATION SERVICES, INC., a Kansas corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:05-CV-00772-AWI-DLB<br><br>**STIPULATION TO CONTINUE HEARING DATES ON MOTIONS AND ORDER**<br><br>Current Date:<br><br>Date:　July 25, 2005<br>Time:　1:30 p.m.<br>Place:　Courtroom 3<br><br>New Date:<br><br>Date:　August 15, 2005<br>Time:　1:30 p.m.<br>Place:　Courtroom 3 |

　　　　Plaintiff Aces Transport, LLC, and Defendant Ryan Transportation Services, Inc., a/k/a RTS Financial Services ("Ryan"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　　Ryan has filed a Motion to Dismiss for Lack of Personal Jurisdiction, a Motion to Dismiss Claims Brought Pursuant to California Law Due to Contractual Choice of Law

Provision, and a Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer (collectively "Motions").

Counsel for Aces has a prearranged vacation on July 25, and counsel for Ryan has agreed to continue the hearings on the Motions to a future date agreed upon by the parties, August 15, 2005.

Wherefore, the parties agree that the hearings on the Motions presently scheduled to be heard on July 25, 2005, shall be heard on August 15, 2005 at 1:30 p.m.

DATE:       June ___, 2005                    DION-KINDEM & CROCKETT


                                              By:_____/s/_____
                                                  WILLIAM E. CROCKETT
                                                  STEVEN R. SKIRVIN
                                                  Attorneys for Plaintiff


DATE: June ___, 2005                          CLIFFORD & BROWN


                                              By:_____/s/_____
                                                  STEPHEN T. CLIFFORD
                                                  T. MARK SMITH
                                                  Attorneys for Defendant


IT IS SO ORDERED.


**Dated:   July 11, 2005**            _____**/s/ Anthony W. Ishii**_____

0m8i78                                UNITED STATES DISTRICT JUDGE

2