IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACES TRANSPORT, L.L.C., a Nevada Limited Liability Company,<br><br>             Plaintiff,<br>    v.<br><br>RTS FINANCIAL SERVICES, a Kansas business entity; RYAN TRANSPORTATION SERVICES, INC., a Kansas Corporation; and DOES 1-20, Inclusive,<br><br>             Defendants. | CIV F 05-0772 AWI DLB<br><br>ORDER MOVING HEARING ON DEFENDANTS' MOTIONS TO AUGUST 29, 2005 |

Defendants' Motion to Dismiss for Improper Venue, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Dismiss California Claims are pending in this action and are set for hearing on Monday, August 15, 2005.

The court has determined that it is necessary to reschedule the hearing on Defendants' motions. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 15, 2005, is VACATED, and the hearing on these matters is set for August 29, 2004, at 1:30 p.m. IT IS SO ORDERED.

Dated:     August 11, 2005                         /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE