IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACES TRANSPORT, L.L.C., a Nevada Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>RTS FINANCIAL SERVICES, a Kansas business entity; RYAN TRANSPORTATION SERVICES, INC., a Kansas Corporation; and DOES 1-20, Inclusive,<br><br>　　　　　　　Defendants. | CIV F 05-0772 AWI DLB<br><br>ORDER TAKING DEFENDANTS' MOTIONS UNDER SUBMISSION |

　　Defendants' Motion to Dismiss for Improper Venue, Motion to Dismiss for Lack of Personal Jurisdiction, and Motion to Dismiss California Claims are pending in this action and are set for hearing on Monday, August 29, 2005.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 29, 2005, is VACATED, and the parties shall not appear at that time.  As of August 29, 2005, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　August 25, 2005　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE